478 A.2d 117

Commonwealth v. Koons, Appellant.

■■■■■■■■■

587

Submitted February 3, 1984. Joseph J. Yeager, for appellant; Joseph Giebus, Assistant District Attorney, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.